HOLGUIN et al. v. WOODLAWN REAL ESTATE & IMPROVEMENT CO. (No. 1029.)

(Court of Civil Appeals of Texas. El Paso. Dec. 11, 1919.)

APPEAL AND ERROR ⚖⟞770(1)—FUNDAMENTAL ERRORS ONLY REVIEWABLE WHERE NO BRIEFS FILED.

Where briefs have not been filed by any of the parties on appeal, the reviewing court can consider only fundamental errors.

Appeal from District Court, El Paso County; P. R. Price, Judge.

Trespass to try title by the Woodlawn Real Estate & Improvement Company against Carmen Holguin and others. Judgment for plaintiff, and defendants appeal. Affirmed.

S. J. Isaacks, of El Paso, for appellants.
Burges & Burges, of El Paso, for appellee.

HIGGINS, J. Appellee sued the appellants in trespass to try title for the recovery of certain premises in El Paso county and obtained judgment. Briefs have not been filed by any of the parties. In this condition of the record only fundamental errors can be considered.

The record has been carefully examined, and no error of this nature is apparent.

The judgment is therefore affirmed.